1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar No. 7709
3
   VIRGINIA T. TOMOVA
4  Assistant United States Attorney
   Nevada Bar No. 12504
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
7  E-mail: Virginia.Tomova@usdoj.gov
   *Attorneys for the United States*
8
               **UNITED STATES DISTRICT COURT**
9
                    **DISTRICT OF NEVADA**
10

11  EMILIO ESTEVEZ,                          | Case No. 2:23-cv-00846-RFB-VCF

12                  Plaintiff,               | **Joint Stipulation to Stay Discovery and**
                                             | **Reschedule Early Neutral Evaluation**
13          v.

14  SAMANTHA POWER, Administrator of
    the United States Agency for International
15  Development, LEILA EL GOHARY,
    Executive Secretary, Office of the
16  Administrator United States Agency for
    International Development, JASON M.
17  FRIERSON, United States Attorney for the
    District of Nevada, MERRICK
18  GARLAND, United States Attorney
    General, United States Department of
19  Justice, UNITED STATES
    DEPARTMENT OF STATE, FOREIGN
20  SERVICE GRIEVANCE BOARD, Attn.
    Katherine Kaetzer-Hodson, Executive
21  Secretary,

22                  Defendant(s).

23

24          IT IS HEREBY STIPULATED between Plaintiff Emilio Estevez and Defendants

25  Samantha Power, Administrator of the United States Agency for International

26  Development, Leila El Gohary, Executive Secretary, Office of the Administrator United

27  States Agency for International Development, Jason M. Frierson, United States Attorney

28  for the District of Nevada, Merrick Garland, United States Attorney General, United

                                    1

States Department of Justice, United States Department of State, Foreign Service Grievance Board, Attn. Katherine Kaetzer-Hodson, Executive Secretary (collectively "Federal Defendants"), by and through their respective counsel, as follows:

1.   On December 19, 2023, counsel for the parties participated in a meet and confer regarding stay of the discovery in this case and rescheduling of the Early Neutral Evaluation ("ENE"), set by the Court on February 15, 2024.

2.   During their meet and confer counsel agreed to stay discovery and reschedule the Early Neutral Evaluation pending the Court's ruling on Federal Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 21). Plaintiff will file his Response to the Motion to Dismiss by January 11, 2024.

3.   On December 7, 2023, Magistrate Judge Elayna Youchah issued an order setting this matter for an Early Neutral Evaluation session on February 15, 2024. (ECF No. 20). The parties' request is filed at least ten days in advance of the ENE session. The parties seek to reschedule the ENE session until after the Court issues a ruling on the motion to dismiss, as the parties believe that the ENE session will not be meaningful or productive. Furthermore, counsel for Federal Defendants is unlikely to receive authorization to resolve the case unless and until the motion to dismiss is resolved.

///
///
///
///
///
///
///
///
///
///
///

4.   Accordingly, the parties respectfully request that the Court stay discovery in this matter and reschedule the ENE session until after the Court's ruling on the Motion to Dismiss. Should the motion to dismiss be denied in whole or in part, the parties will provide the Court with five potential dates when the ENE may be rescheduled within 30 days from the date of the Court's ruling on the motion to dismiss.

Respectfully submitted this 27th day of December 2023.

MULLINS & TRENCHAK,
ATTORNEYS AT LAW

*/s/ Philip J. Trenchak*
PHILIP J. TRENCHAK, ESQ.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 28, 2023