PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| EMILIO ESTEVEZ,<br>Plaintiff,<br>v.<br>SAMANTHA POWER, Administrator of the United States Agency for International Development, LEILA EL GOHARY, Executive Secretary, Office of the Administrator United States Agency for International Development, JASON M. FRIERSON, United States Attorney for the District of Nevada, MERRICK GARLAND, United States Attorney General, United States Department of Justice, UNITED STATES DEPARTMENT OF STATE, FOREIGN SERVICE GRIEVANCE BOARD, Attn. Katherine Kaetzer-Hodson, Executive Secretary, Defendant(s). | CASE NO.:  2:23-cv-00846-RFB-VCF<br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF 21) FROM DECEMBER 28, 2023 to JANUARY 11, 2023** |

 IT IS HEREBY STIPULATED between Plaintiff Emilio Estevez and Defendants Samantha Power, Administrator of the United States Agency for International Development, Leila El Gohary, Executive Secretary, Office of the Administrator United States Agency for International Development, Jason M. Frierson, United States Attorney for the District of Nevada, Merrick Garland, United States Attorney General, United  States Department of Justice, United States Department of State, Foreign Service Grievance Board, Attn. Katherine Kaetzer-Hodson, Executive Secretary (collectively "Federal Defendants"), by and through their respective counsel, as follows: Counsel have stipulated and agreed to

1

allow Plaintiff's Counsel an extension to respond to Defendants' Motion Dismiss Plaintiff's Amended Complaint (ECF 21) from December 28, 2023 until January 11, 2023. This Stipulation is being entered into for good cause, in good faith, and not for the purpose of unnecessary delay.

Respectfully submitted this 27th day of December 2023.

**IT IS SO STIPULATED.**

DATED this 26th day of December, 2023

**JASON M. FRIERSON**
**United States Attorney**

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

DATED this 26th day of December, 2023

**MULLINS & TRENCHAK,**
**ATTORNEYS AT LAW**

*/s/ Philip J. Trenchak*
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
Email: phil@mullinstrenchak.com
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** January 8, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**