JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILIO ESTEVEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAMANTHA POWER, Administrator of the United States Agency for International Development, LEILA EL GOHARY, Executive Secretary, Office of the Administrator United States Agency for International Development, JASON M. FRIERSON, United States Attorney for the District of Nevada, MERRICK GARLAND, United States Attorney General, United States Department of Justice, UNITED STATES DEPARTMENT OF STATE, FOREIGN SERVICE GRIEVANCE BOARD, Attn. Katherine Kaetzer-Hodson, Executive Secretary,<br><br>                    Defendant(s). | Case No. 2:23-cv-00846-RFB-MDC<br><br>**Stipulation to Extend Deadline to Submit Defendant's Reply in Support of Motion to Dismiss (ECF No. 21) and file a Response to Plaintiff's Motion to Amend Complaint (ECF No. 34)**<br><br>**(Second Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a 30-days extension, from February 15, 2024, to March 18, 2024, for Federal Defendants to file their reply brief in support of the Motion to Dismiss (ECF No. 21) and a 30-days extension, from February 13, 2024, to March 14, 2024 for Federal Defendants to file a response to Plaintiff's Alternative Motion to Amend First Amended Complaint. This is the second

extension of the reply deadline, and a first extension of the response deadline.

On January 18, 2024, Plaintiff filed his response to Defendant's Motion to Dismiss and an Alternative Motion to Amend First Amended Complaint (ECF No. 30). The Court directed Plaintiff to file his Motion to Amend Complaint as a separate Motion. Plaintiff filed a Notice of Corrected Image on January 30, 2024 (ECF No. 34). The current deadline for Federal Defendants to file a reply to Plaintiff's Response (ECF No. 30) is February 15, 2024, and the deadline to file a response to Plaintiff's Alternative Motion to Amend First Amended Complaint (ECF No. 34) is February 13, 2024. On February 6, 2024, both counsels conferred by email and agreed that due to their heavy workload an extension of 30 days will provide the necessary time for the Federal Defendants to file a reply in support of their Motion to Dismiss and a response to Plaintiff's Alternative Motion to Amend First Amended Complaint. Undersigned defense counsel has Plaintiffs' depositions scheduled in other matters and briefs, including a response to motion for judgment on the pleadings and a motion for summary judgment.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Accordingly, the parties, through undersigned counsel, stipulate and request that the Court approve a 30-days extension of time, from February 15, 2024, to March 18, 2024, for Federal Defendants to file their reply brief in support of the Motion to Dismiss (ECF No. 21) and a 30-days extension, from February 13, 2024, to March 14, 2024 for Federal Defendants to file a response to Plaintiff's Alternative Motion to Amend First Amended Complaint.

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 8th day of February 2024.

MULLINS & TRENCHAK,                          JASON M. FRIERSON
ATTORNEYS AT LAW                             United States Attorney


*/s/Philip J. Trenchak*                       */s/ Virginia T. Tomova*
PHILIP J. TRENCHAK, ESQ.                     VIRGINIA T. TOMOVA
Nevada Bar No. 9924                          Assistant United States Attorney
1614 S. Maryland Pkwy.                       Nevada Bar Number 12504
Las Vegas, NV 89104                          501 Las Vegas Blvd. So., Suite 1100
*Attorney for Plaintiff*                      Las Vegas, Nevada 89101
                                             *Attorneys for the United States*


**IT IS SO ORDERED:**


_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 9, 2024