JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILIO ESTEVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMANTHA POWER, Administrator of the United States Agency for International Development, LEILA EL GOHARY, Executive Secretary, Office of the Administrator United States Agency for International Development, JASON M. FRIERSON, United States Attorney for the District of Nevada, MERRICK GARLAND, United States Attorney General, United States Department of Justice, UNITED STATES DEPARTMENT OF STATE, FOREIGN SERVICE GRIEVANCE BOARD, Attn. Katherine Kaetzer-Hodson, Executive Secretary,<br><br>　　　　　Defendant(s). | Case No. 2:23-cv-00846-RFB-MDC<br><br>**Stipulation to Extend Deadline to Submit Defendant's Reply in Support of Motion to Dismiss (ECF No. 21)**<br><br>**(Fourth Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a 60-day extension, from April 17, 2024, to June 17, 2024, for Federal Defendants to file their reply brief in support of the Motion to Dismiss (ECF No. 21). This is the fourth extension of the reply deadline.

　　　　On April 10, 2024, both counsels conferred by email and agreed that due to their

heavy workload, exacerbated by several recent office departures, an extension of 60 days will provide the necessary time for the Federal Defendants to file a reply in support of their Motion to Dismiss.

Accordingly, the parties, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from April 17, 2024, to June 17, 2024, for Federal Defendants to file their reply brief in support of the Motion to Dismiss (ECF No. 21).

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 10th day of April 2024.

| | |
|---|---|
| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Philip J. Trenchak<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada Bar No. 9924<br>1614 S. Maryland Pkwy.<br>Las Vegas, NV 89104<br>*Attorney for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**

**UNITED STATES DISTRICT JUDGE**

**DATED:** April 11, 2024.